ANONYMOUS.

Where the owner of the equity of redemption is decreed to be a bankrupt during the pendency of a suit to foreclose a mortgage, the assignee in bankruptcy must be made a party before a decree can be regularly taken in such suit.

Oct. 21. THIS was a bill to foreclose a mortgage, and during the pendency of the suit the defendant who was the owner of the equity of redemption was decreed to be a bankrupt.

*J. D. Willard,* for the complainant, moved for the usual decree upon the bill taken as confessed against the defendant; but upon the fact of the decree in bankruptcy being stated,

THE CHANCELLOR said the suit had become defective and could not be further proceeded in until the assignee in bankruptcy was made a party; that such assignee was not in the situation of a new purchaser from the defendant pendente lite, as the equity of redemption was cast upon him by operation of law.